UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *Ex rel.* JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>[UNDER SEAL],<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16cv2359 (ABJ)<br>)<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF STATES' CONSOLIDATED NOTICE
OF INTERVENTION AND NOTICE OF DECLINATION**



RECEIVED
JAN 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, COMMONWEALTH OF MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, VERMONT, COMMONWEALTH OF VIRGINIA WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>CVS HEALTH CORPORATION and CVS PHARMACY INC.,<br><br>*Defendants*. | Civil Action No. 16cv2359 (ABJ)<br><br>**FILED UNDER SEAL** |

**PLAINTIFF STATES' CONSOLIDATED NOTICE
OF INTERVENTION AND NOTICE OF DECLINATION**

The Relator filed this action under the False Claims Act and similar state statutes (collectively, "State False Claims Acts") existing in named states (collectively, "Plaintiff States").[1] The Plaintiff States have asked the undersigned counsel to inform the Court of their respective decisions regarding intervention in this action, as follows.

---

[1] The term "States" includes the 50 states, however denominated, and the District of Columbia.

1

I.  **Consolidated Notice to Intervene**

Pursuant to their respective State False Claims Acts and similar statutes, the States of Connecticut, Indiana, Oklahoma, and the Commonwealth of Massachusetts notify this Court of their intentions to intervene in this matter against Defendants, CVS Health Corporation and CVS Pharmacy, Inc. *See* Conn. Gen. Stat. §§ 4-275, 4-277(b); Ind. Code §§ 5-11-5.7-4(e), 5-11-5.7-5; Mass. Gen. Laws. ch. 12, §§ 5B, 5C; Okla. Stat. tit. 63 §§ 5053.1, 5303.2.

As such, Connecticut, Indiana, Massachusetts, and Oklahoma (collectively, "Intervening States"), hereby intervene in and will proceed with this action.

II.  **Consolidated Notice of Declination**

The following Plaintiff States, pursuant to their State False Claims Acts, respectfully decline to intervene in Relator's action: California; Colorado; Delaware; Florida; Georgia; Hawaii; Illinois; Iowa; Louisiana; Maryland; Michigan; Minnesota; Montana; Nevada; New Hampshire; New Jersey; New Mexico; New York; North Carolina; Rhode Island; Tennessee; Vermont; Commonwealth of Virginia; Washington; and the District of Columbia.

The declining states reserve the right to intervene in this action for good cause at a later date or to seek the dismissal of Relator's action or claims.

The Maryland Health False Claims Act provides that "If the State does not elect to intervene and proceed with the action … before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-04 (a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

## III. Conclusion

In the interest of economy, the Intervening States intend to file a joint Complaint in Intervention within ninety (90) days of filing this Notice, *i.e.*, by April 14, 2025, and request that service upon Defendants be authorized as of that date.

All Plaintiff States request that the parties serve them with all pleadings filed in this action, as well as all notices of appeal. The Plaintiff States reserve their right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The Plaintiff States request that all Orders entered by the Court in this case be sent to the Plaintiff States. Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Plaintiff States request that the Court solicit written consent of the Plaintiff States before ruling or granting its approval.

All Plaintiff States further request that this action remain sealed until the requested deadline for the Intervening States to file their Complaint in Intervention. At the time this action is unsealed, the Plaintiff States request that only the Relator's complaint, this Notice and the attached Proposed Order, and any papers the United States specifically requests to be unsealed, be unsealed. The Plaintiff States request that all other papers on file in this action remain under seal.

Date: January 14, 2025

Respectfully submitted
On behalf of the Plaintiff States,

WILLIAM TONG
Connecticut Attorney General

 /s/Eric P. Babbs_____
Eric P. Babbs
 /s/Christine Miller_____
Christine Miller
Assistant Attorneys General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: (860) 808-5041
Fax: (860) 808-5391
Eric.Babbs@ct.gov
Christine.Miller@ct.gov

Counsel for Plaintiff State of Connecticut

THEODORE E. ROKITA
Indiana Attorney General

 /s/ Jeremy L. Johnson_____
Jeremy L. Johnson
Deputy Attorney General
Medicaid Fraud Control Unit
8720 Castle Creek Parkway
East Drive, Suite 250
Indianapolis, Indiana 46250
Ph.: (317) 941-4339
Jeremy.Johnson@atg.in.gov

Counsel for Plaintiff State of Indiana

ANDREA JOY CAMPBELL
Massachusetts Attorney General

 /s/ Kevin Lownds_____
Kevin Lownds
Ian R. Marinoff
Assistant Attorneys General
Medicaid Fraud Division
One Ashburton Place
Boston, Massachusetts 02108

Ph.: (617) 727-2200
kevin.lownds@mass.gov
ian.marinoff@mass.gov

Counsel for Plaintiff Commonwealth of Massachusetts

GENTNER DRUMMOND
Oklahoma Attorney General

 /s/ Jamie Bloyd_____
Jamie Bloyd
Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Ph.: (405) 522-3338
jamie.bloyd@oag.ok.gov
Counsel for Plaintiff State of Oklahoma

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2025, a correct copy of the foregoing Plaintiff States' Consolidated Notice of Intervention and Notice of Declination and a correct copy of the attached Proposed Order have been served by email to:

Darrell Valdez
Assistant United States Attorney
Darrell.Valdez@usdoj.gov

Nimish R. Desai
Lieff Cabraser Heimann & Bernstein LLP
ndesai@lchb.com
Counsel for Relator

Because this action is under seal, Defendants have not been served with copies of this Notice.

/s/ Eric P. Babbs
Eric P. Babbs