## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JOHN DOE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-2359 (ABJ) |
| CVS HEALTH CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

UPON CONSIDERATION of the United States' notice of non-intervention at this time and the United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is hereby

ORDERED that Relator's Complaint be unsealed and served upon Defendants by Relator;

ORDERED that all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the United States' notice of non-intervention, which Relator shall serve upon Defendants;

ORDERED that the seal be lifted as to all other matters occurring in this action after the date of this Order;

ORDERED that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

ORDERED that the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDERED that the parties shall serve all notices of appeal upon the United States;

ORDERED that all orders of this Court will be sent to the United States via the Court's

CM/ECF system or otherwise; and it is further

ORDERED that should Relator or Defendants propose that this action be dismissed,

settled, or otherwise discontinued, the Court will solicit the written consent of the United States

before ruling or granting its approval.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  April 25, 2025