UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, COMMONWEALTH OF MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA RHODE ISLAND, TENNESSEE, VERMONT, WASHINGTON, COMMONWEALTH OF VIRGINIA, and Doe States 1-21 *ex rel.* John Doe,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, CVS PHARMACY INC., CONNECTICUT CVS PHARMACY, LLC, INDIANA CVS PHARMACY, LLC, and OKLAHOMA CVS PHARMACY, LLC,<br><br>Defendants. | Civil Action No. 16-2359 (ABJ) |

**INTERVENING STATES' MOTION TO UNSEAL INTERVENTION NOTICE
AND COMPLAINT-IN-INTERVENTION**

The States of Connecticut, Indiana, and Oklahoma and the Commonwealth of Massachusetts (collectively, "the Intervening States") respectfully request that the Court unseal their intervention notice and complaint-in-intervention so that they may execute service on Defendants and proceed with litigating this action. In support of this Motion, the Intervening States state as follows:

**RECEIVED**

APR 29 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- 1 -

1. On January 14, 2025, the Intervening States notified the Court of their intervention in the above-captioned action. The Court ordered the Intervening States to file the complaint-in-intervention by April 14, 2025.

2. The Intervening States filed their complaint-in-intervention on April 14, 2025.

3. On April 14, 2025, the United States notified the Court that it would not be intervening in this case at this time and requested that the case and the Relator's complaint be unsealed.

4. The Court entered the United States' proposed order on April 25, 2025 and lifted the seal on the case, unsealing only the Relator's complaint.

5. The Intervening States will be co-litigating this case as Plaintiffs along with the Relator and their complaint-in-intervention will be operative as to state law claims against Defendants CVS Health Corporation and CVS Pharmacy, Inc. (collectively, "CVS").

6. Furthermore, the Intervening States must serve CVS with the complaint-in-intervention and cannot do so without the complaint-in-intervention being unsealed.

As such, the Intervening States respectfully request that the Court unseal their intervention notice and complaint-in-intervention so that they may proceed with litigating this action. A proposed order is attached.

Respectfully submitted,

**WILLIAM TONG**
**Connecticut Attorney General**

*/s/Eric P. Babbs*
**Eric P. Babbs**
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5041

eric.babbs@ct.gov

*/s/Christine Miller*
**Christine Miller**
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5029
christine.miller@ct.gov


**THEODORE E. ROKITA**
**Indiana Attorney General**

*/s/Jeremy L. Johnson*
**Jeremy L. Johnson**
Deputy Attorney General
Medicaid Fraud Control Unit
8720 Castle Creek Parkway
East Drive, Suite 250
Indianapolis, Indiana 46250
(317) 941-4339
jeremy.johnson@atg.in.gov


**COMMONWEALTH OF MASSACHUSETS**
**ANDREA JOY CAMPBELL**
Attorney General

*/s/Kevin Lownds*
Kevin Lownds
Ian R. Marinoff
Assistant Attorneys General
Medicaid Fraud Division
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
P: (617) 727-2200
kevin.lownds@mass.gov
ian.marinoff@mass.gov


**GENTNER DRUMMOND**
**Oklahoma Attorney General**

*/s/Jamie Bloyd*
**Jamie Bloyd**

Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Ph.: (405) 522-3338
jamie.bloyd@oag.ok.gov

- 4 -